AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Carr, James M. | Bankruptcy Court for the Southern District of Indiana | 05/21/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

Room 322
46 E. Ohio St
United States Courthouse
Indianapolis , In 46204

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | WFYI Foundation , Inc. |
| 2. | Director | Board of Visitors Maurer School of Law , Indiana University |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2012 | Faegre Baker Daniels LLP , former law firm, payout of capital account and retirement benefit , no control |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carr, James M. | 05/21/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Judicial Center | 3/12/17-3/15/17 | Charleston , SC | Seminar CLE | Transportation , meals , hotel |
| 2. | US Govt | 4/30/17-5/2/17 | Chicago , Ill | 7th Cir Bar Ass'n Meeting | Transportation, tuition, meals , hotel , parking |
| 3. | US Govt | 11/8/17-11/9/17 | Chicago , Ill | Circuit judicial conference | Hotel ' transportation , meals |
| 4. | American Bankruptcy Institute | 11/9/17- 11/10/17 | Chicago , Ill | Presentation at seminar CLE | Hotel |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑   NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑   NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carr, James M. | 05/21/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | 401 K account Schwab Retirement Services , Inc., Vanguard Target Retir | C | Int./Div. | K | T | | | | | |
| 2. | | | | | | | | | | |
| 3. | The Ball & Biscuit LLC | A | Dividend | J | U | | | | | |
| 4. | LM Legacy , LLC | C | Int./Div. | J | U | | | | | |
| 5. | BROKERAGE MONEY MARKET - Dreyfus Corp | A | Int./Div. | K | T | | | | | |
| 6. | Brown Capital Management Small Company Fund Instit Institutional Class | B | Int./Div. | K | T | | | | | |
| 7. | COLUMBIA ACORN INTERNATIONAL FUND-Z ACINX | A | Int./Div. | | | Sold | 02/15/17 | K | C | |
| 8. | Cash - Dreyfus Corp | A | Int./Div. | J | T | | | | | |
| 9. | Income Fund Class P -PIMCO | D | Int./Div. | M | T | | | | | |
| 10. | International Growth and Income - F2 - American Funds | B | Int./Div. | | | Sold | 02/15/17 | L | C | |
| 11. | Ishares TR MSCI EAFE ETF | C | Int./Div. | | | Sold | 02/15/17 | M | D | |
| 12. | John HancockDisciplined Value Mid Cap Fund Class | B | Int./Div. | | | Sold | 02/15/17 | L | C | |
| 13. | Low Duration Fund Class P -PIMCO | B | Int./Div. | | | Sold | 02/15/17 | L | A | |
| 14. | Metropolitan West Total Return Bond Fund Class I | C | Int./Div. | | | Sold | 02/15/17 | M | D | |
| 15. | MFS Value Fund-I | B | Int./Div. | | | Sold | 02/15/17 | L | E | |
| 16. | New World Fund - F2 -American Funds | B | Int./Div. | M | T | | | | | |
| 17. | NFJ Dividend Value A | C | Int./Div. | | | Sold | 02/15/17 | L | D | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carr, James M. | 05/21/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Northern Small Cap Value Fund | A | Int./Div. | | | Sold | 02/15/17 | K | C | |
| 19. PIMCO Commodities Plus Strategy Fund Class P | A | Int./Div. | | | Sold | 02/15/17 | L | A | |
| 20. Powershares QQQ Trust Unit Ser 1 | B | Int./Div. | | | Sold | 02/15/17 | M | E | |
| 21. American Century Real Estate Fund | D | Int./Div. | | | Sold | 02/15/17 | L | D | |
| 22. SPDR S&P 500 ETF Tr Unit | B | Int./Div. | | | Sold | 02/15/17 | M | E | |
| 23. Templeton GLBL Bnd Fund - Advior Class | B | Int./Div. | | | Sold | 02/15/17 | L | C | |
| 24. The Oakmark International Fund Class I | B | Int./Div. | | | Sold | 02/15/17 | L | D | |
| 25. Brokerage Money Market - Dreyfus Corp | A | Int./Div. | J | T | | | | | |
| 26. Brokerage Money Market Roth Account - Dreyfus Corp | A | Int./Div. | J | T | | | | | |
| 27. Diversified Bond -American Century | B | Int./Div. | | | Sold | 02/15/17 | L | C | |
| 28. Dodge & Cox Income Fund | C | Int./Div. | | | Sold | 02/15/17 | M | C | |
| 29. Fidelity Adv Mid Cap II I | B | Int./Div. | | | Sold | 02/15/17 | L | D | |
| 30. Fidelity Adv New Insights I | C | Int./Div. | | | Sold | 02/15/17 | M | E | |
| 31. Fidelity Adv Government Income | A | Int./Div. | | | Sold | 02/15/17 | L | B | |
| 32. Ishares TR Core S&P ETF | A | Int./Div. | N | T | Buy | 02/15/17 | N | | |
| 33. Ishares TR Core S&P Mid-Cap ETF | A | Int./Div. | L | T | Buy | 02/15/17 | L | | |
| 34. Vanguard Bd Index Funds Vanguard Total Bd Market ETF | D | Int./Div. | M | T | Buy | 02/15/17 | M | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carr, James M. | 05/21/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Vanguard Bd Index Funds Vanguard Short Term Bd ETF | A | Int./Div. | L | T | Buy | 02/15/17 | L | | |
| 36. The Oakmark Select Fund Investor Class | C | Int./Div. | M | T | Buy | 02/15/17 | M | | |
| 37. Vanguard Intl Equity Index Fds FTSE Emerging Mkts ETF | B | Int./Div. | L | T | Buy | 02/15/17 | L | | |
| 38. AMG Managers Fairpointe Mid Cap Fund Class I | C | Int./Div. | L | T | Buy | 02/15/17 | L | | |
| 39. Schwab Strategic TR Intl Equity ETF | C | Int./Div. | M | T | Buy | 02/15/17 | M | | |
| 40. FMI International Fund Institutional Class | A | Int./Div. | K | T | Buy | 02/15/17 | K | | |
| 41. The Oakmark International Small- Cap Fund Investor Class | B | Int./Div. | K | T | Buy | 02/15/17 | K | | |
| 42. Cohen & Steers Real Estate Securities Fund Class I | A | Int./Div. | K | T | Buy | 02/15/17 | K | | |
| 43. Deutsche Enhanced Commodity Stategy Fund Institutional Class | A | Int./Div. | K | T | Buy | 02/15/17 | K | | |
| 44. Fidelity Advisor Total Bond Fund Class I | C | Int./Div. | M | T | Buy | 02/15/17 | M | | |
| 45. Ishares TR MSCI Eurozone ETF | A | Int./Div. | K | T | Buy | 02/15/17 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carr, James M. | 05/21/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ James M. Carr**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544